UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :         Chapter 7
                                                   :
EL NENE MEAT & FOOD CORP.,                         :         Case No. 06-10487 (ALG)
                                                   :
                                   Debtor.         :
------------------------------------------------------------x

## NOTICE OF UNCASHED DIVIDEND

Angela Tese-Milner, Chapter 7 Trustee of the estate of El Nene Meat & Food Corp. certifies that on or about July 1, 2010 she mailed out the following check:

| Number | Payee | Address | Amount |
|--------|-------|---------|--------|
| 129 | Falcon Food | Building S1 Unit 5<br>Bronx Terminal Market<br>Bronx, NY 10451 | $366.51 |

and that said check was returned uncashed and that on or about November 11, 2010 she requested a stop payment of said check which was successful.

The Trustee hereby submits a check in the amount of **$366.51** to the Clerk of the Court.


Dated: New York, New York
       November 11, 2010                    s/Angela Tese-Milner
                                       Angela Tese-Milner, Esq. (ATM-9110)


cc: Office of the United States Trustee