UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :        Chapter 7
                                                   :
EL NENE MEAT & FOOD CORP.,                         :        Case No. 06-10487 (ALG)
                                                   :
                                    Debtor.        :
-------------------------------------------------------------x

## AMENDED PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

Angela Tese-Milner, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| **CLAIM NUMBER** | **CHECK NUMBER** | **CLAIMANT/ADDRESS** | **AMOUNT** |
|---|---|---|---|
| 14A | 143 | DEPT. OF CONSUMER AFFAIRS<br>42 BROADWAY<br>NEW YORK, NY 10004<br>ATTN: ELIZABETH LANG | $2.06 |
| 15A | 133 | DEPARTMENT OF THE TREASURY-<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY, 5TH FL<br>NEW YORK, NY 10007 | $2.10 |

**TOTAL**          $4.16

Dated: New York, New York
       February 9, 2010                          _____s/Angela Tese-Milner_____
                                                 Angela Tese-Milner, Esq. (ATM-9110)